J. Michael Sutherland
Michelle V. Larson
Jason M. Katz
**CARRINGTON, COLEMAN, SLOMAN
& BLUMENTHAL, L.L.P.**
901 Main St., Suite 5500
Dallas, TX  75202
Telephone:  214-855-3000
Facsimile:  214-758-3788

– and –

Diana Cochrane
**DOWNS & STANFORD, P.C.**
2001 Bryan Street, Suite 4000
Dallas, Texas  75201

*Attorneys for BAE Systems Technology Solutions & Services, Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **In Re:** | § | |
| | § | |
| **ROBINSON AEROSPACE, INC.,** | § | **Case No.  19-44385-elm** |
| | § | **Chapter 11** |
| **Debtor.** | § | |
| | § | **Hearing Date and Time:** |
| | § | **Monday, November 4, 2019** |
| | § | **9:00 a.m. CST** |

**WITNESS AND EXHIBIT LIST**

COMES NOW BAE Systems Technology Solutions & Services, Inc. ("BAE Systems")

and files this Witness and Exhibit List for the hearing scheduled for Monday, November 4, 2019

at 9:00 a.m. on its *Motion (a) to Determine Inapplicability of the Automatic Stay and to Preserve*

*the Status Quo of Debtor's Non-Possession of Leasehold Premises and (b) for Relief from the*

*Automatic Stay to Conclude Eviction Proceedings* (Dkt. #2).

**WITNESS AND EXHIBIT LIST**                                      1
i_9340716v.1

## WITNESSES

BAE Systems may call to testify:

1.      Patrick N. Rodgers, Facilities Manager of BAE Systems or other representative of the lessor; and,

2.      Any witnesses designated or otherwise called to testify by any other party.

BAE Systems reserves the right to supplement this Witness List.

## EXHIBITS

1.      September 17, 2019 letter (already exchanged as an Exhibit to the Motion);

2.      Any exhibits designated, marked, or offered by any other party in interest; and,

3.      Any pleadings entered on the docket in these proceedings.

BAE Systems also reserves the right to supplement this Exhibit List.

Date:  November 1, 2019.

Respectfully submitted,

_/s/  J. Michael Sutherland_
J. Michael Sutherland
  Texas State Bar No. 19524200
Michelle V. Larson 00796928
  Texas State Bar No. 24067734
Jason M. Katz
  Texas State Bar No. 24038990
**CARRINGTON, COLEMAN, SLOMAN**
  **& BLUMENTHAL, L.L.P.**
901 Main St., Suite 5500
Dallas, TX  75202
Telephone: 214-855-3000
Facsimile: 214- 855-1333
Email:  msutherland@ccsb.com
Email:  mlarson@ccsb.com
Email:  jkatz@ccsb.com

*Attorneys for BAE Systems Technology*
*Solutions & Services, Inc.*

### CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing document was served on all parties receiving ECF-Notice in this case and to Debtor's counsel (no matrix or List of 20 Largest Creditors having been filed) via ECF-Notice and/or U.S. Mail, on this 1st day of November, 2019.

                    */s/  J. Michael Sutherland*
                    J. Michael Sutherland