BTXN 094 (rev. 5/04)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § § | |
| **Robinson Aerospace, Inc.** | § § § § | Case No.: **19-44385** |
| Debtor(s) | § § | |

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

- ■ is the first mail matrix in this case.

- ☐ adds entities not listed on previously filed mailing list(s).

- ☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).

- ☐ deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

Date: **November  4, 2019**      /s/ Jeff Robinson
                                 **Jeff Robinson**/**President**
                                 Signer/Title

Date: **November  4, 2019**      /s/ Melissa S. Hayward
                                 Signature of Attorney
                                 **Melissa S. Hayward 24044908**
                                 **Hayward & Associates PLLC**
                                 **10501 N. Central Expressway**
                                 **Suite 106**
                                 **Dallas, TX 75231**
                                 **972-755-7100   Fax: 972-755-7110**

                                 81-4436706
                                 Debtor's Social Security/Tax ID No.

                                 _____
                                 Joint Debtor's Social Security/Tax ID No.

.

AADFW, Inc.
1350 Westpark Way
Euless, TX 76040


AeroNautique Aircraft Design and Analysi
PO Box 8169
Jacksonville, AR 72078


AM Castle Metals
1420 Kensington Road
#220
Oak Brook, IL 60523


Ambit Energy
P.O. Box 660462
Dallas, TX 75266-0462


American Express Business Platinum Card
PO Box 650448
Dallas, TX 75265-0448


AT&T internet
P.O. Box 5019
Carol Stream, IL 60197-5019


ATAC
1001 Providence Blvd.
Newport News, VA 23602


Atmos Energy
P.O. Box 790311
St. Louis, MO 63179-0311


Aviation Consulting Experts, Inc.
1953 Golden Heights Road
Suite 1701
Fort Worth, TX 76177

```
Aviation Engineering Technical Services
209 West 2nd St., Ste. 322
Fort Worth, TX 76102


Aviation Managed Personnel
1953 Golden Heights Road
Suite1701
Fort Worth, TX 76177


BAE Systems Technology Solutions, Inc.
520 Gaither Road
Rockville, MD 20850


Bank Direct Capital Finance
PO Box 660448
Dallas, TX 75266-0448


Bank of America Bank Americard
PO Box 851001
Dallas, TX 75285-1001


Berkley Research Group, LLC
2200 Powell Street
Suite 1200
Emeryville, CA 94608


BlueCross BlueShield of Texas
1501 North Plano Rd, Ste 100
Richardson, TX 75081


Bodycote
P.O. Box 201745
Dallas, TX 75320-1742


Butch Bishop
1637 Warsaw Road
St. Louis, MO 63132
```

```
Capital One Spark Business Card
PO Box 60599
City of Industry, CA 91716-0599


Chase Ink Card
PO Box 6294
Carol Stream, IL 60197-6294


Chrysler Capital
PO Box 660335
Dallas, TX 75266-0335


City Of Coppell/Coppell ISD
P.O. Box 9478
Coppell, TX 75019


City of Fort Worth Water Dept
908 Monroe Street
Fort Worth, TX 76012


Crown Financial Services LLC
PO Box 219330
Houston, TX 77218


Dallas County
2777 N. Stemmons Frwy., Ste. 1000
Dallas, TX 75207


Discover Card
PO Box 29013
Phoenix, AZ 85038-9013


Fain Models
Jerry Fain
3700 Hwy 121
Bedford, TX 76021
```

Fertitta DB, Inc.
8251 Travelair St.
Houston, TX 77061


First State Bank
130 East Corsicana Street
Athens, TX 75751


FPS Fire Sprinkler LLC
2429 E. Loop 820 North
Fort Worth, TX 76118


Godwin, Bowman&Martinez
1201 Elm Street, Suite 1700
Dallas, TX 75270-2041


HighTech Finishing
6201 Royalton
Houston, TX 77081


Hydromat Inc.
11600 Adie Road
St Louis, MO 63043


J & S Park Investments Co. LLC
6215 Sandydale Dr.
Dallas, TX 75248


Jeff Robinson
PO Box 703
Corsicana, TX 75151


Jeffery P. Kennedy
19 Eagle Court
Edwardsville, IL 62025

```
JJ Robinson Ventures LLC
6520 SW County Road 0030
Corsicana, TX 75110


Joe Robinson
6520 SW Cr. 0030
Corsicana, TX 75110


Justin Myers
7005 Verde Vista Circle
Asheville, NC 28805


Kaiser Aluminum
P.O. Box 100203
Pasaden, CA 91189-0203


M&H Supply & Equipment, Inc.
6420 Midway Road
Fort Worth, TX 76117


M&R Plating
303 Westlink Industrial Drive
Washington, MO 63090


North Shore Agency (Fed Ex)
PO Box 223125
Pittsburgh, PA 15251-2125


Northwest ISD
2777 N. Stemmons Frwy., Ste. 1000
Dallas, TX 75207


Nova Copy
P.O. Box 372
Department 200
Memphis, TN 38101
```

```
Open Door Solutions
8500 N. Stemmons
Suite 2035
Dallas, TX 75247-3832


Otis Elevator
One Farm Springs
Farmington, CT 06032


Passman & Jones
1201 Elm Street, Suite 2500
Dallas, TX 75270-2599


R.S. Hughes Co., Inc./DFW
P.O. Box 610323
DFW Airport, TX 75261


Randy Novak
1406 Timberlake Circle
Richardson, TX 75080


Result Enterprises Inc. dba High Tech Fi
3100 Jim Christal Road
Denton, TX 76207


Rubio Florentino
7741 Kelly lynn lane
Watauga, TX 76148


Stacey Irrevocable Trust
6520 SW County Road 0030
Corsicana, TX 75110


Stericycle
2400 Veterans Memorial Blvd.
Suite 300
Kenner, LA 70062
```

```
Strange & Coats P.C.
P.O. Box 29389
Lewisville, TX 75029-3898


Strom Aviation Inc.
3575 Lone Star Circle
Fort Worth, TX 75019


Tarrant County
2777 N. Stemmons Frwy., Ste. 1000
Dallas, TX 75207


Thermal Specialties of Texas
6314 East 15th Street
Tulsa, OK 74112


Travelers
PO Box 660317
Dallas, TX 75266-0317


UHS Premium Billing
PO Box 94017
Palatine, IL 60094-4017


United Healthcare
PO Box 94017
Palatine, IL 60094-4017


Vera Bank
3590 W. 7th Avenue
Corsicana, TX 75110


Videojet Technologies Inc.
1500 Mittel Blvd.
Wood Dale, IL 60191
```

```
Waste Connections of Texas
PO Box 162479
Fort Worth, TX 76161-2479
```