Fill in this information to identify the case:

Debtor name: **Robinson Aerospace, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known): **19-44385**

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **AeroNautique Aircraft Design and Analysi** PO Box 8169 Jacksonville, AR 72078 | | | | | | $291,068.55 |
| **Ambit Energy** P.O. Box 660462 Dallas, TX 75266-0462 | | | | | | $44,486.59 |
| **ATAC** 1001 Providence Blvd. Newport News, VA 23602 | | | | | | $47,500.00 |
| **Aviation Consulting Experts, Inc.** 1953 Golden Heights Road Suite 1701 Fort Worth, TX 76177 | | | | | | $81,000.00 |
| **Aviation Managed Personnel** 1953 Golden Heights Road Suite1701 Fort Worth, TX 76177 | | | | | | $163,021.00 |
| **BAE Systems Technology Solutions, Inc.** 520 Gaither Road Rockville, MD 20850 | | | **Disputed** | | | $1,090,000.00 |
| **Butch Bishop** 1637 Warsaw Road St. Louis, MO 63132 | | | | | | $200,000.00 |

Debtor **Robinson Aerospace, Inc.**                                              Case number *(if known)* **19-44385**
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Capital One Spark Business Card<br>PO Box 60599<br>City of Industry, CA 91716-0599 | | | | | | $29,291.78 |
| Chase Ink Card<br>PO Box 6294<br>Carol Stream, IL 60197-6294 | | | | | | $32,140.93 |
| Fain Models<br>Jerry Fain<br>3700 Hwy 121<br>Bedford, TX 76021 | | | | | | $105,000.00 |
| Fertitta DB, Inc.<br>8251 Travelair St.<br>Houston, TX 77061 | | | | | | $34,394.00 |
| Godwin, Bowman&Martinez<br>1201 Elm Street, Suite 1700<br>Dallas, TX 75270-2041 | | | | | | $23,815.12 |
| HighTech Finishing<br>6201 Royalton<br>Houston, TX 77081 | | | | | | $23,400.00 |
| Hydromat Inc.<br>11600 Adie Road<br>St Louis, MO 63043 | | | | | | $200,000.00 |
| Jeffery P. Kennedy<br>19 Eagle Court<br>Edwardsville, IL 62025 | | | | | | $50,461.80 |
| Justin Myers<br>7005 Verde Vista Circle<br>Asheville, NC 28805 | | | | | | $257,000.00 |
| Passman & Jones<br>1201 Elm Street, Suite 2500<br>Dallas, TX 75270-2599 | | | | | | $136,484.48 |
| Randy Novak<br>1406 Timberlake Circle<br>Richardson, TX 75080 | | | | | | $80,000.00 |
| Strange & Coats P.C.<br>P.O. Box 29389<br>Lewisville, TX 75029-3898 | | | | | | $25,000.00 |

| Debtor | Robinson Aerospace, Inc. | | Case number *(if known)* | 19-44385 | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Strom Aviation Inc.**<br>**3575 Lone Star Circle**<br>**Fort Worth, TX 75019** | | | **Contingent** | | | $8,200,000.00 |